ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  JOHN HO

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> A-S NOURI, LLC, a limited liability company <br><br> Defendants. | Case No.: 2:23-cv-01181-MWF-AFM <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff John Ho ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

  (a) **Voluntary Dismissal.**

    (1) By the Plaintiff.

      (A)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant A-S NOURI, LLC, a limited liability company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

                                          ASCENSION LAW GROUP, PC

DATE: April 17, 2023

                                        _____/s/ Pamela Tsao_____

                                        Pamela Tsao, attorney for Plaintiff

                                                  John Ho